J-S43017-19

2020 PA Super 9

COMMONWEALTH OF PENNSYLVANIA : IN THE SUPERIOR COURT OF
:               PENNSYLVANIA
:
v. :
:
:
TERRY BOWENS :
:
Appellant : No. 341 MDA 2018

Appeal from the Judgment of Sentence Entered October 23, 2017
In the Court of Common Pleas of York County Criminal Division at No(s):
CP-67-CR-0007390-2016

BEFORE:   GANTMAN, P.J.E., DUBOW, J., and STEVENS, P.J.E.[*]

CONCURRING STATEMENT BY STEVENS, P.J.E.:  **FILED JANUARY 17, 2020**

I concur with the majority and write separately only to amplify that had

the Commonwealth presented evidence of Appellant's relevant conspiratorial

text messages, as  acquired through either a warrant search of his cell phone

or a lawful search of Co-defendant's phone, it would have established

Appellant's joint constructive possession of the contraband stored in the

locked glove box.

_____

[*] Former Justice specially assigned to the Superior Court.